**CONVERTERS PAPER COMPANY, Appellant, v. ROSETH CORPORATION, Appellee.**

**No. 339.**

Circuit Court of Appeals, Second Circuit.

May 19, 1930.

C. J. Cottrell, of New York City (William F. Warland, of New York City, of counsel), for appellant.

T. Hart Anderson, of New York City (Munn, Anderson & Munn, Albert J. Clark, Samuel W. Foster, and Sylvester J. Liddy, all of New York City, of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree affirmed.

---

**William CORBITT v. UNITED STATES of America.**

**No. 170.**

Circuit Court of Appeals, Tenth Circuit.

Feb. 17, 1930.

Harold G. King and Charles T. Mahoney, both of Denver, Colo., for appellant.

Ralph L. Carr, U. S. Atty., of Denver, Colo., for appellee.

PER CURIAM.

Appeal dismissed February 17, 1930, on stipulation.

---

**Israel COSTNER v. UNITED STATES of America.**

**No. 5603.**

Circuit Court of Appeals, Sixth Circuit.

Jan. 14, 1930.

Geo. R. Shepherd and Elmer C. Greer, both of Newport, Tenn., for appellant.

Everett Greer, U. S. Atty., of Knoxville, Tenn.

PER CURIAM.

Docketed and dismissed pursuant to motion of counsel for appellant.

---

**William H. COTTEN, Plaintiff-Appellee, v. NEW YORK CENTRAL RAILROAD COMPANY, Defendant-Appellant.**

**No. 344.**

Circuit Court of Appeals, Second Circuit.

June 16, 1930.

Hiscock, Williams & Cowie, of Syracuse, N. Y. (Daniel Scanlon, of Syracuse, N. Y., of counsel), for appellant.

Searl & McElroy, of Syracuse, N. Y. (Clifford H. Searl, of Syracuse, N. Y., of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.